Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Jersey Tractor Trailer Training Inc.
Debtor

Case No.:
Chapter 11

Wawel Savings Bank
Plaintiff

v.

Jersey Tractor Trailer Training Inc.
Defendant

Adv. Proc. No. 06–02003–MBK                    Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 28, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 32 – 1
Opinion (related document:[1] Complaint filed by Counter–Defendant Wawel Savings Bank, Plaintiff Wawel Savings Bank). The following parties were served: Plaintiff, Plaintiff's Attorneys, Defendants, Defendants' Attorneys. Signed on 9/28/2007. (slf, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 28, 2007
JJW: slf

James J. Waldron
Clerk