UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | | |
|---|---|---|---|---|
| In re: | , Debtor | : | Case No.: | _____ |
| | | : | | |
| | , Plaintiff(s) | : | Adv. No.: | _____ |
| v | | : | | |
| | , Defendant(s) | : | Judge: | _MBKaplan____ |
| | | : | | |
| _____ | | : | Chapter: | _____ |

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B. Kaplan_____, United States Bankruptcy Judge.

**Reason for Hearing:** _____
_____
_____

**Location of Hearing:** Courtroom No. __3__
_US Bankruptcy Court_____
_402 East State Street_____
_Trenton, NJ  08608_____

**Date and Time:** _____,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   __✓__ ARE REQUIRED   _____ ARE NOT REQUIRED

DATED:   _____              JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20 _09_ the foregoing notice was served on the following:   Plaintiff, Plaintiff's Attorneys, Defendants, Defendants' Attorneys

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*